FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT  2016 MAY 24  PM 12: 24
FOR THE DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE

BY_____

EVORASHARISMA S.
CAMPBELL-CHALIN

\*

_____
*(Full name and address of the plaintiff)*
Plaintiff(s)



JFM 16 CV 1611

vs.    \*

US NAVY JUDGE ADVOCATE
BOARD OF MEDICINE
& SURGERY

\*

\*

Civil No.:_____
*(Leave blank. To be filled in by Court.)*

_____
*(Full name and address of the defendant(s))*
Defendant(s)

\*

\*\*\*\*\*\*

## COMPLAINT

1.    Jurisdiction in this case is based on:

☐    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☑    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☐    Other (explain) TUBAL LIGATION FAILURE
ZIKA VIRUS
UNWANTED PREGNANCY POSSIBLE

Complaint (Rev. 12/2000)                    1

2.    The facts of this case are:

I HAD MY TUBES TIED, CLIPPED &
BURNED @ ROOSEVELT ROADS, PUERTO
RICO NAVAL BASE ON APRIL 15, 1993.

IN JAN-MAR 2015, WAS PREGNANT.

3. The relief I want the court to order is:

☑ Damages in the amount of: 1,000,000.00 BECAUSE

☑ An injunction ordering: OF THE ZIKA VIRUS

AND I'M OVER 35 YRS OLD.

☑ Other (explain) _____

NEED MONEY FOR CARE OF INFANT

IN CASE OF ZIKA VIRUS INFECTION

5/24/2016
(Date)

_Evorashakema Campbell Rehm_
(Signature)

EVORASHAKEMA CAMPBELL-CHAHIN
1541 COLE ST BALTIMORE
(Printed name, address and phone number of
Plaintiff)
21223

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.